**Opinion issued December 28, 2023**



In The

# Court of Appeals

For The

## First District of Texas

—————————————

### NO. 01-23-00505-CR

—————————————

**JACKIE RAYJOHNSON JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Case No. 1660890**

---

## MEMORANDUM OPINION

Appellant, Jackie RayJohnson Jr., filed a notice of appeal from the trial court's June 22, 2023 judgment. On November 2, 2023, appellant's counsel filed a motion to dismiss the appeal, stating that appellant "does not wish to continue to prosecute [his] appeal and requests [that] the . . . [Court] dismiss [his] appeal."

Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Although appellant failed to include a certificate of conference, more than ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).